**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-6398**

———————

JACKIE LEE CHAMBERS,

                Petitioner - Appellant,

      v.

ERIC D. WILSON,

                Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony J. Trenga, District Judge.  (1:15-cv-00646-AJT-TCB)

———————

Submitted:  September 29, 2016      Decided:  October 4, 2016

———————

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jackie Lee Chambers, Appellant Pro Se.  Antonia Marie Konkoly, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jackie Lee Chambers, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition.  We have reviewed the record and find no reversible error.  Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See Chambers v. Wilson, No. 1:15-cv-00646-AJT-TCB (E.D. Va. filed Feb. 24, 2016; entered Feb. 25, 2016).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED